# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wayne Talley,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         3:11-cv-106

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2011 Order.

                                          Signed: October 24, 2011

Frank G. Johns, Clerk
United States District Court