# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| WAYNE E. TALLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:11cv106-RJC-DSC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's Motion For Attorney's Fees Under the Equal Access to Justice Act filed on November 23, 2011. (document # 16). By Response filed on December 12, 2011, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of attorney's fees in the amount of four thousand eight hundred forty-five dollars and seventy-five cents ($4,845.75), and an award of three hundred fifty dollars ($350.00) in costs, as full satisfaction of any and all claims by Plaintiff in this case under 28 U.S.C. section 2412(d).

**NOW THEREFORE, IT IS ORDERED**:

1. Plaintiff's Motion For Attorney's Fees Under the Equal Access to Justice Act is **GRANTED**, and Plaintiff shall be paid the sum of four thousand eight hundred forty-five dollars and seventy-five cents ($4,845.75) for attorney's fees, and three hundred fifty dollars ($350.00) in costs.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order on counsel for the parties.

**SO ORDERED**.   Signed: December 12, 2011

David S. Cayer
United States Magistrate Judge